```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 20543
   WILLIAM RODRIGUEZ
   APRIL RODRIGUEZ                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-0781    SSN XXX-XX-2504
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/26/04 and confirmed on 07/30/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 102720.63 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COLDWELL BANKER | SECURED | 1100.00 | 176.14 | 1100.00 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 7025.00 | 808.60 | 7025.00 |
| MORTGAGE ELECTRONIC REGI | CURRENT MORTG | 59192.77 | .00 | 59192.77 |
| MORTGAGE ELECTRONIC REGI | MORTGAGE ARRE | 6616.00 | .00 | 6616.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 7650.00 | 880.50 | 7650.00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | 2092.14 | .00 | 2092.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1194.87 | .00 | 1194.87 |
| FIRST EXPRESS | UNSECURED | 802.73 | .00 | 802.73 |
| JOLIET JUNIOR COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | 3022.03 | .00 | 3022.03 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1114.06 | .00 | 1114.06 |
| T MOBILE | UNSECURED | 197.24 | .00 | 197.24 |
| COST OF COLLECTION | COST OF COLLE | NOT FILED | .00 | .00 |
| MCKEOWN LAW OFFICE | UNSECURED | 431.25 | .00 | 431.25 |
| FORD MOTOR CREDIT CO | UNSECURED | 638.74 | .00 | 638.74 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 1389.53 | .00 | 1389.53 |
| HERITAGE PLACE TOWNHOME | SECURED | 1242.50 | .00 | 1242.50 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 82826.27 | .00 | 10882.59 | .00 | 93708.86 |
| PRINCIPAL PAID | 82826.27 | .00 | 10882.59 | .00 | 93708.86 |
| INTEREST PAID | 1865.24 | .00 | .00 | .00 | 1865.24 |

```
TOTAL PAID              84691.51          .00     10882.59           .00      95574.10
```
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    200.00   direct and $   2500.00   through the plan.

The Trustee received $   4625.83 .

Refunds to the Debtor totaled $     20.70 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 20543 WILLIAM RODRIGUEZ & APRIL RODRIGUEZ